UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SOMMER R. BODNOVITS,**

    **Plaintiffs,**

v.    Case No. 8:24-cv-2352-WFJ-AAS

**B.M. TRANSPORT INC.,
ROY A. HAGEN, and USAA
GENERAL INDEMNITY
COMPANY,**

    **Defendants.**
_____/

## ORDER

Defendant Roy Hagen moves to quash his "unilaterally set" deposition on April 15, 2025. (Doc. 43). Mr. Hagen further requests either a protective order prohibiting Plaintiff Sommer Bodnovits from taking his deposition at any point or limiting the scope of the deposition. (*Id.*). Ms. Bodnovits responds in opposition. (Doc. 45).

Ms. Bodnovits noticed Mr. Hagen's deposition for April 15, 2025 believing that date to be agreeable to all parties after some difficulty in communicating with Mr. Hagen and his counsel. (Doc. 45, p. 1). Ms. Bodnovits since served a notice of postponement of the deposition. (*Id.*). Accordingly, the motion (Doc. 43) as to the request to quash the April 15, 2025 deposition of Mr. Hagen is **MOOT**.

Mr. Hagen's other requests to either prohibit Ms. Bodnovits from taking Mr Hagen's deposition or limiting the scope of the deposition are due to be **DENIED**. Ms. Bodnovits has the right to depose Mr. Hagen. *See* Fed. R. Civ. P. 30(a)(1) ("A party may, by oral questions, depose any person, including a party, without leave of court[.]"). "The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]" Fed. R. Civ. P. 26(c). Mr. Hagen fails to show good cause to either prohibit his deposition or limit its scope. *See Hoffman v. Smith*, No. 2:24-CV-111-SPC-KCD, 2025 WL 1018429, *1 (M.D. Fla. Apr. 4, 2025) ("It is very unusual for a court to prohibit the taking of a deposition altogether and absent extraordinary circumstances, such an order would likely be in error.") (citation omitted). Accordingly, by **April 22, 2025**, counsel for Mr. Hagen is **DIRECTED** to give counsel for Ms. Bodnovits seven week days Mr. Hagen is available to sit for a deposition between **May 1, 2025 and May 30, 2025**. Ms. Bodnovits's counsel must then properly notice the deposition. If Mr. Hagen fails to provide dates as this order requires, Ms. Bodnovits's counsel may unilaterally schedule the deposition.

**ORDERED** in Tampa, Florida on April 15, 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge